L. E. Almon et al., Appellants, v. American Carloading Corporation et al., Appellees.

Gen. No. 43,035.

opinion filed December 11, 1944; released for publication December 27, 1944. Luther M. Walter and Helen W. Munsert, for appellants; Orr, Vail, Lewis & Orr and Daniel D. Carmell, for appellees. Opinion by PRESIDING JUSTICE NIE-MEYER. Not to be published in full.